**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE | ) | |
| v. | ) | Case No. 1:26-cv-02911-APM |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES. | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for all Federal Defendants.

DATED: September 18, 2026

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*

STANLEY E. WOODWARD, JR.
(DC Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
stanley.woodward@usdoj.gov
202.514.9500

*Counsel for the United States*

# CERTIFICATE OF SERVICE

On September 18, 2026, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

*/s/ Stanley E. Woodward, Jr.*